UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

Sheldon M. Hanington
& Jean M. Hanington,

              Debtors

Chapter 13
Case No. 20-10295

## ORDER GRANTING IN PART FEE APPLICATION OF MOLLEUR LAW OFFICE

      Molleur Law Office filed the Second Application for Compensation dated June 2, 2023 [Dkt. No. 36] (the "Fee Application").  Notice of the hearing to consider the Fee Application was provided in accordance with the applicable provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's Local Rules.  In the absence of timely objections or other responses to the Fee Application, the Court has reviewed the Fee Application and the docket in this case.

      The Fee Application is granted on the terms set forth in this order.  Molleur Law Office is awarded $1,096.00 as reasonable compensation for actual, necessary services rendered between November 9, 2020 and May 31, 2023, and $0 as reimbursement for actual, necessary expenses, for a total award of $1,096.00.  This award is made under 11 U.S.C § 330(a)(4)(B).

      Several entries on the billing detail attached to the Fee Application relate to services that are not compensable.  Those amounts are therefore disallowed.  *See* 11 U.S.C. § 330(a)(1)(A); *see also* In re Moody, No. 18-20647, 2023 Bankr. LEXIS 1568, at *2 (Bankr. D. Me. June 14, 2023) (disallowing compensation for (a) services that were not necessary to the administration of the case; (b) services performed by a legal assistant; and (c) clerical services).  Specifically, the following entries are disallowed:

- 2 -

| Date | Description | Timekeeper | Hours | Total |
|---|---|---|---|---|
| 2/24/21 | Reviewed 2020 taxes for signatures; convert to trustee required format; submit to tee | MNL | 0.30 | $11.50 |
| 2/25/21 | Review and Redact 2020 Tax Returns | TM | 0.10 | $7.50 |
| 4/21/21 | Reviewed plan payments and expected completion with MNL | JFM | 0.30 | $112.50 |
| 9/20/21 | Reviewed post petition tax filings and mortgage payments and e-mail to MNL re same | JFM | 0.30 | $112.50 |
| 3/31/23 | Receipt and Review of proof of tax submission and acceptance for 2021 & 2022 state and federal returns | ML | 0.10 | $12.00 |

Dated: July 14, 2023

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine